# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LISA L. MORRIS, | CASE NO. 2:15-CV-07172-SK |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, | |
| Commissioner of Social Security, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: May 17, 2017

STEVE KIM
U.S. MAGISTRATE JUDGE